FILED
JAN - 8 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0050-WQH |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1544- |
| VICTOR MANUEL LOPEZ-ZARATE, ) | Misuse of Passport (Felony) |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 6, 2007, within the Southern District of California, defendant VICTOR MANUEL LOPEZ-ZARATE, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Javier Sosa, a United States citizen, knowing full well that he was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: 1/8/08.

KAREN P. HEWITT
United States Attorney

for JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JMO:lml  1/7/08