<u>AO 455(Rev. 5/85) Waiver of Indictment</u>

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

VICTOR MANUEL LOPEZ-ZARATE

CASE NUMBER: 08CR-0050-WQH

I, <u>VICTOR MANUEL LOPEZ-ZARATE</u>, the above named defendant, who is accused of violating Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/8/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

VICTOR MANUEL LOPEZ-ZARATE
Defendant

ROBERT CARRIEDO
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED

JAN - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY